UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GRILLO, | No. C-12-04262 DMR |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

Plaintiff Antonio Grillo brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a final decision by Defendant Michael J. Astrue, the Commissioner of the Social Security Administration. Pursuant to the stipulation of the parties, and by order of the court, Plaintiff was to file a motion for summary judgment on October 11, 2013. To date, Plaintiff has not filed a motion for summary judgment. Accordingly, by no later than October 25, 2013, Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). This order to show cause does not constitute permission to file a late motion. Failure to respond by October 25, 2013 may result in the dismissal of this action.

IT IS SO ORDERED.

Dated: October 16, 2013

DONNA M. RYU
United States Magistrate Judge