UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GRILLO, | No. C-12-04262 DMR |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant(s). | |

The court is in receipt of Plaintiff's response to the court's October 16, 2013 Order to Show Cause, as well as Plaintiff's proposed motion for summary judgment. [Docket Nos. 17, 18.] The Order to Show Cause is hereby discharged. The proposed motion for summary judgment is deemed filed on October 25, 2013.

IT IS SO ORDERED.

Dated: October 28, 2013

DONNA M. RYU
United States Magistrate Judge